**Keith James SEARS, Petitioner–
Appellant,**

v.

**Susan WHITE, Respondent–Appellee.**

**No. 15–6903.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 23, 2015.

Keith James Sears, Appellant Pro Se.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM.

Keith James Sears seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2012) petition as an unau-
thorized, successive petition. The order is
not appealable unless a circuit justice or
judge issues a certificate of appealability.
*See* 28 U.S.C. § 2253(c)(1)(A) (2012). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Sears has not
made the requisite showing. Accordingly,
although we grant Sears' motions for leave
to amend his informal brief to add docu-
mentation and to amend his motion for a
certificate of appealability, we deny Sears'
motions for a certificate of appealability
and for the appointment of counsel, deny
leave to proceed on appeal in forma pau-
peris, and dismiss this appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*DISMISSED.*